386 A.2d 610

Commonwealth ex rel. Manderino, Appellant,
v. Manderino.

 Argued December 6, 1977. Robert Raphael, for appellant; Bernard S. Shire, for appellee.

OPINION PER CURIAM: The final paragraph of the amended order of the court below entered on June 27, 1977, is further amended as follows: No bond required. Defendant is to make mortgage payments on the jointly held home in addition to the above support payments of $1018.00, per month. The defendant has agreed to pay all expenses of college of his daughter, Susan. As thus amended, the order is affirmed.

HOFFMAN, J., dissents and would remand for reconsideration of the mortgage payments.